**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carmen Carter
419 Probasco Street #7
Cincinnati, OH 45220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Carmen Carter*      ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)
*Carmen Carter*

C. Date of Delivery
KS

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7003 1680 0000 0330 3668

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540