UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER,

        Plaintiff

      v.                                      C-1-00-977

THE E. W. SCRIPPS COMPANY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 56) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 56) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendant's Motion for Summary Judgment (doc. no. 48) is **GRANTED** and this case is **DISMISSED AND TERMINATED** on the docket of this Court. Defendant's Motion to Dismiss (doc. no. 52) is **MOOT**.

    **IT IS SO ORDERED.**

                                                                  s/Herman J. Weber
                                              Herman J. Weber, Senior Judge
                                              United States District Court

J:\DOCUMENT\PRISONER\00-977.wpd

