

C-00-977
#57 + #58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Carmen Carter_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Carmen Carter
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carmen Carter
   419 Probasco St #7
   Cin OH
   45220

2. Article Number (Transfer from service label):
   7001 2510 0008 6348 8506

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835