**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

CARMEN CARTER,
    Plaintiff,

-vs-                                                  Case No.  C-1-00-977

THE E.W. SCRIPPS CO.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

       **Jury Verdict.**       This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**       **Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court hereby adopts the Report and Recommendation.  Defendant's Motion for Summary Judgment is Granted.  Defendant's Motion to Dismiss is Moot.  This action is Terminated and Dismissed from the docket of this Court.

Date:  December 15, 2003                              JAMES BONINI., CLERK

                                                                       By:s/   Darlene Maury
                                                                       Darlene Maury, Deputy Clerk