UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



~~FILED~~
~~RECEIVED~~
JAN 1 4 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

CARMEN CARTER

    Plaintiff

vs

THE E. W. SCRIPPS COMPANY

    Defendant

Case Number: C-1-00-977

Sr. Judge Herman J. Weber

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Carmen Carter, in the above named case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order issued on the 15th day of December 2003, by Senior District Judge Herman J. Weber, dismissing the Plaintiff's discrimination complaint.

*Carmen Carter*
Carmen Carter
Plaintiff
419 Probasco Street #7
Cincinnati, OH 45220
(513) 751-5076

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Appellee's attorney, David Holcombe, Baker & Hostetler, 312 Walnut Street, Cincinnati, OH 45202, via ordinary U.S. mail this 14th day of January 2004.

*Carmen Carter*
Carmen Carter