# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Carmen Carter,                          Case No. 1:00-cv-977
    Plaintiff

vs

The E.W. Scripps Company,
    Defendant                      **ORDER GRANTING MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS***
(Hogan, M.J.)

       This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. (Doc. 60). It appears from plaintiff's affidavit that she lacks the funds to pay the costs or give security for such costs in this appeal. The Court therefore grants the motion and hereby authorizes appeal of this action without prepayment of fees or costs.

       A copy of this Order shall be sent to the Clerk of the Sixth Circuit Court of Appeals.

       **IT IS SO ORDERED.**


Date: 1/20/2004                                                 s/Timothy S. Hogan
                                                                      Timothy S. Hogan
                                                                      United States Magistrate Judge


J:\KLL\PLRA-6TH\00-977ifpnon-appeal.wpd