# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv0977 | **Court of Appeals Case No:** 04-3270 |
| **SHORT CAPTION** | |
| **CARMEN CARTER*** | **Case Manager:** NANCY BARNES |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| **THE E.W. SCRIPPS COMPANY** | **FILED** |
| Defendant/Respondent | MAR 0 3 2004 |
| 419 Probasco Street #7<br>Cincinnati, Ohio 45220 | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** HERMAN J. WEBER | Anything That Needs Special Attention |
| **Court Reporter(s):** JULIE WOLFER | **NOTICE OF APPEAL(DOC.59) appealing ORDER(DOC.57) & JUDGMENT(DOC.58) entered 12/15/2003.** |
| **From Deputy Clerk:** ARTHUR HILL | |
| **Date:** 1/15/2004 | |
| $255.00 Appeal Filing Fee Paid? **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s)    Volume(s)

Deposition(s)    Volume(s)    Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)    **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
_____
United States District Court