UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER            Case No. C-1-00-977

    Plaintiff            Judge Weber

vs

THE E. W. SCRIPPS COMPANY

    Defendant

### EXTENSION REQUEST

Now comes Plaintiff, Carmen Carter, requesting the Court grant a one month extension to respond to Defendant's Memorandum in Opposition to Plaintiff's Motion to Vacate Court Order.

The Plaintiff's medication has recently been changed in an on-going effort to treat Major Depressive Disorder and her ability to concentrate is impaired.

The Plaintiff prays for the Court's compassion in this matter.

Respectfully submitted,

*Carmen Carter*
Carmen Carter
419 Probasco Street #7
Cincinnati, OH 45220
(513) 751-5076

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been forwarded via ordinary U.S. mail to David Holcombe, Baker & Hostetler, 312 Walnut Street, Cincinnati, OH 45202 - attorney for the defendant, The E. W. Scripps Company, this first day of October 2004.

*Carmen Carter*
Carmen Carter