**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carmen Carter
419 Probasco Street, 7
Cincinnati, OH 45220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carmen Carter
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Carmen Carter

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
00-97 (Doc. 67-61)

PS Form 3811, February 2004   Domestic Return Receipt   2595-02-M-1540