UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN CARTER,
     Plaintiff

vs                                       Case No. C-1-00-977
                                                (Weber, J.)
THE E.W. SCRIPPS COMPANY,         (Hogan, M.J.)
     Defendant

### ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Response/Reply as to Response in Opposition to Motion (Doc. 66).

Plaintiff requests a one-month extension of time in which to file her Reply memorandum in support of her Motion to Vacate Court Order (Doc. 63). Plaintiff states, as the basis for her request, that her medication was changed and her ability to concentrate is impaired. Defendant has not opposed Plaintiff's request.

### IT IS THEREFORE ORDERED THAT:

1)     Plaintiff's Motion for an Extension of Time to File Response/Reply as to Response in Opposition to Motion (Doc. 66) be GRANTED. Plaintiff SHALL HAVE UP TO AND INCLUDING November 1, 2004 in which to file her Reply Memorandum in support of her Motion to Vacate Court Orders.

SO ORDERED.


Date:   10/7/04                        s/Timothy S. Hogan
                                                   Timothy S. Hogan
                                                   United States Magistrate Judge