IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARMEN CARTER, | : | Case No.: C-1-00-977 |
| Plaintiff, | : | (Senior Judge Herman J. Weber) |
| v. | : | |
| THE E.W. SCRIPPS CO.<br>Defendant | : | |

## ORDER

Plaintiff's Request for an Extension (#66) is GRANTED. Plaintiff shall reply to Defendant's Memorandum in Opposition to Plaintiff's Motion to Vacate on or before November 1, 2004.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*