IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

**CARMEN CARTER**                    Case No.: C-1-00-977

        Plaintiff                          Judge Herman Weber

vs

**THE E. W. SCRIPPS COMPANY**

        Defendant

### AFFIDAVIT OF CARMEN CARTER

I, Carmen Carter, being first duly sworn, depose and say that I am the Plaintiff in the above-entitled case, that in support of my application for appointment of counsel, I state that because of my indigence I am unable to afford an attorney; that I believe I am entitled to redress; and that the issues I wish to present are the following:

(1) All Orders the Court granted the Defendant beause the Plaintiff was incapable of responding are based on deliberately
       false or misleading information from the Defendant.

(2) Vacatur of above mentioned Court Orders pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(3).

(3) The Defendant not only has a pattern of discriminatory and disparate practices toward female and/or African-Americfan employees --
       management indulging in such conduct is promoted.

(4) The Plaintiff experienced disparate discipline in the employ of the Defendant.

(5) The E.W. Scripps Company violated federal emplyment discrimination laws.

(6) The Defendant elicited a paper trail campaign to terminate the Plaintiff's employment.

I further swear that the satements made below relative to due diligence in searching for an attorney are true:

(1) Reisenfeld & Associates required a $20,000 retainer.

(1)  Reisenfeld & Associates required a $20,000 retainer.

(2)  Sharon Zealey of Blank Rome LLP, explained I couldn't afford them (quotd a $400/hour tab) and referred me to William Bell, as well as
Gonzalez, Saggio & Harlan LLP.

(3)  William D. Bell Sr. required a $12,000 retainer to handle this and the twin case C-1-00-739.

(4)  Robin Jarvis required a retainer of $7,000-$8,000.

(5)  Megan Clark of Freking & Betz was pepared to contract to examine documents in the case for $1,000, plus expenses (maintaining a
credit balance equal to the retainer). As I was unable to raise the initial $1,000, there was no discussion of Freking & Betz taking the
cases.

(6)  David Stenson of Dyton, OH, required a $1,500 retainer.

(7)  Mezibov & Jenkins required a $2,000 retainer.

(8)  As a one-time member of Pre-Paid Legal Services, Inc. of Ada, Oklahoma, the Plaintiff was quoted a $5,000 retainer to initiate
litigation, since their service is purportedly to shield members from litigation.

(9)  Ulmer & Berne; Laufman & Gerhardstein; and Gonzalez, Saggio & Harlan LLP all had conflicts of interest.

I also duly swear, depose and say as follows:

I am a beneficiary of Social Security Disability at $1,500 per month.

I own a 1990 Mercury Topaz.

I also dulyswear, depose and say as follows:

The Defendant provided no personnel files, disciplinary documents, salary data and other requested discovery documents.

I also duly swear, depose and say as follows:

The one page document from Central Community Health Board is a true description of my treatment.

The two-page document from Central Community Health Board is an official part of my medical record and my Social Security Administration

record.

The admission from with my name, address, employment and symptoms; and the redacted handwritten page with the wrong surname but correct birth date, indicating symptoms of Major Depredssive Disorder are authentic documents from my University of Cincinnati Hospital medical record.

FURTHER, AFFIANT SAYETH NOT,

*Carmen Carter*

Sworn to and subscribed before me this 5th day of November 2004.

_____
Notary Public

JACQUELINE R. HELLER
Notary Public, State of Ohio
My Commission Expires
September 19, 2008