# CENTRAL COMMUNITY HEALTH BOARD OF HAMILTON COUNTY, INC.

*supported by*
*Hamilton County Community Mental Health Board*
*and Hamilton County Alcohol & Drug Addiction Services Board*
520-532 Maxwell Avenue
**Cincinnati, Ohio 45219**

Bennett J. Cooper, Jr.
Executive Director

September 28, 2004

RE:   Carmen Carter
      DOB: 08/23/1953
      SSN: ▆▆▆▆▆▆▆

To Whom It May Concern:

The above referenced patient was admitted for treatment on 03/13/2003. She sees Barbara Duhart, LISW biweekly for individual therapy and Al Rivera, MD every 8 weeks for med/somatic monitoring.

Ms. Carter has an admitting diagnosis of Depressive Disorder, NOS, DSM IV 311. She has had only minimal positive response to treatment, effecting several medication changes since admit. Ms. Carter was given Effexor XR, Neurotin and Serzone at the beginning of treatment with little to no symptom relief. This medication was changed on 09/16/03 with the discontinuing of Serzone and addition of Zyprexa, 5 mg at bedtime. On 12/23/03 the Zyprexa was lowered to 2.5 mg at night but was increased back to 5 mg on 02/03/04. Due to lack of positive response, the Zyprexa was increased again to 10 mg on 03/09/04. Zyprexa was discontinued on 04/20/04 and Geodon was started at 40 mg. HS. On 05/25/04, Geodon was increased to 80 mg HS along with continuation of Effexor XR, 300 mg q d and Neurontin 300 mg BID. Geodon was increased to 20 mg qd and 80 mg HS on 07/25/04. Ms. Carter reported no positive responses and by her request, on 08/24/04, the Geodon was prescribed on a decreasing dosing schedule to discontinue and a trial of Abilify 10 mg was instigated. Evaluation of this latest medication change is due at next appointment.

This info is given to the patient at her request on September 28, 2004. Additional information available with receipt of properly endorsed releases.

| | | | |
|---|---|---|---|
| A.D.A.P.T. | 872-8870 | HIV Early Prevention & Intervention Project | 961-9930 |
| Central Intake | 559-2097 | Medical Records | 559-2024 |
| Client Account Inquiries | 559-2090 | Outpatient Department | 559-2097 |
| Community Services | 559-2075 | Personnel & Training | 559-2911 |
| Crisis Stabilization Program | 559-2922 | Research & Evaluation | 559-2029 |
| Day Treatment Center | 559-2063 | Residential Services | 531-0800 |
| Drug Services | 559-2056 | Children's Services Referrals | 559-2078 |
| Drug Services Intake | 559-2048 | All Other Departments | 559-2000 |

Fax Number 559-2020
An Equal Opportunity Employer and Equal Service Provider

Exh 1

# CENTRAL COMMUNITY HEALTH BOARD OF HAMILTON COUNTY, INC.

supported by
Hamilton County Community Mental Health Board
and Hamilton County Alcohol & Drug Addiction Services Board
520-532 Maxwell Avenue
Cincinnati, Ohio 45219

Bennett J. Cooper, Jr.
Executive Director

Carmen Carter
DOB: 08/23/53

October 28, 2003

## TREATMENT EPISODE OVERVIEW

Ms. Carter was admitted to this agency on March 13, 2003 with a provisional admitting diagnosis of Depressive Disorder – NOS – DSM IV 311. She presented with sleep disturbances, high levels of anxiety, feeling hopeless and helpless and overwhelmed by environmental stressors.

Ms. Carter was evaluated and assessed by Al Rivera, MD on March 18, 2003 and at that time was given trial medications, as follows: Effexor XR 150 mg twice daily; and Serzone 50 mg PO qd  At follow up, medications were changed to the following: Effexor XR, 150 mg, one twice daily; Neurotin, 300 mg – one three times daily and Serzone, 150 mg one time daily. Patient has experienced several failed trials of various medications and adjustments were expected. Having shown minimal positive response to the above, on 09/16/03, Serzone was discontinued and Zyprexa, 5 mg PO one HS was prescribed. However, due to concerns that one possible side effect of taking Zyprexa is diabetes, Ms. Carter declined Zyprexa and opted to continue with Serzone. In the interim, patient had blood glucose levels done and those results are not yet available. Ms. Carter reports high blood pressure regulated by Norvasc, high cholesterol levels and she is somewhat overweight, all conditions making her a candidate for diabetes, posing a much higher risk for Zyprexa therapy.

Individual therapy sessions began on March 27, 2003 with Barbara Duhart, LISW. Focus of initial therapy was to stabilize on medications, identify triggers//sources of increased anxiety and feeling overwhelmed and work on skills/coping mechanisms in order to regain and maintain former levels of functioning. Some progress has been made but many obstacles to recovery remain firmly in place.

| | |
|---|---|
| A.D.A.P.T. .................................................872-8870 | HIV Early Prevention & Intervention Project ...............961-9930 |
| Central Intake ............................................559-2097 | Medical Records ......................................................559-2024 |
| Client Account Inquiries ............................559-2090 | Outpatient Department ...........................................559-2097 |
| Community Services ................................559-2075 | Personnel & Training ...............................................559-2911 |
| Crisis Stabilization Program ....................559-2922 | Research & Evaluation ............................................559-2029 |
| Day Treatment Center ..............................559-2063 | Residential Services ................................................531-0800 |
| Drug Services ...........................................559-2056 | Children's Services Referrals .................................559-2078 |
| Drug Services Intake ................................559-2048 | All Other Departments ............................................559-2000 |

Fax Number 559-2020
An Equal Opportunity Employer and Equal Service Provider

Exh 2

Another focus of sessions was to build self confidence so that Ms. Carter could return to work. She also needed to move and at first was unable to accomplish this. She did eventually move to a new place but the stress and struggle in accomplishing the move induced exacerbation of the original symptoms and negated any progress to date. Ms. Carter also took a job and was attempting full time work when her father passed away in Chicago. She faced a different type of therapy need after returning home as she had obtained family information hidden for some time. Unresolved early childhood issues were explored. Ms. Carter continued to take medications but reported little, if any relief from depressive symptoms. Her fatigue was just as enduring and intense, there were episodes of binge eating, uncontrollable crying spells, poor memory and inability to concentrate and focus on any given task to completion. Grief, loss and acceptance of the inevitable were incorporated into sessions. Ms. Carter remains depressed and she is beginning to hold little hope of any relief in the near future. Explored options including voc/ed for career changes; part time employment; part time entitlements; there are several avenues open to Ms. Carter should she desire to begin accessing these and other resources. Ms. Carter indicated that she has filed for SSI and disability benefits.

Prognosis for Ms. Carter is guarded, mostly due to lack of positive response to several medications in various combinations. Physical indicators and attributes have been considered and Ms. Carter has been advised to get the regular maintenance physical with blood levels and thyroid check completed. She is still displaying the same set of symptoms as when she was first admitted and the far reaching effects of continuing symptomlogy add heavily to already prominent features of clinical depression.

ADMREC



# UNIVERSITY OF CINCINNATI HOSPITAL
## ADMISSION RECORD

| ACCOUNT NUMBER | ADM. CAT. | SOURCE | ADMIT DATE | ADMIT TIME | SERVICE | TEAM | UNIT | ROOM/BED | MEDICAL RE |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | EM | | 080594 | | NURO | | PRE | 0000-00 | 0000012 |

| PATIENT NAME | LAST | FIRST | MIDDLE | MAIDEN | SEX | RACE | MAR. ST | AGE | BIRTHDATE |
|---|---|---|---|---|---|---|---|---|---|
| | CARTER, CARMEN | | | | F | UN | U | 042 | 08-23 |

| ADDRESS | STREET | APT. | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | 2450 GRANDVIEW AVENUE | | CINCINNATI | OH | 4520 |

| COUNTY | ADM. THROUGH | RELIGION | SOCIAL SECURITY NO. | TELEPHONE - HOME |
|---|---|---|---|---|
| HAMILTON | OTHR | | [redacted] | 513/7515076 |

| NEXT OF KIN NAME | RELATIONSHIP | TELEPHONE - HOME | TELEPHONE - WORK |
|---|---|---|---|
| CARTER, MAE | MOTHER | 312/2686648 | |

| LOCAL CONTACT NAME | RELATIONSHIP | TELEPHONE - HOME | TELEPHONE - WORK |
|---|---|---|---|
| CARTER, MAE | MOTHER | 312/2686648 | |

SYMPTOMS/DIAGNOSIS
INTRACTABLE COMPLEX PARTIAL SEIZURES

| ATTENDING M.D. | RESIDENT M.D. |
|---|---|
| PRIVITERA, MICHAEL D | NOT, APPLICABLE |

REFERRING PHYSICIAN/ADDRESS

| FAMILY DOCTOR (PRIMARY CARE PHYSICIAN)/PRACTICE SITE | | | |
|---|---|---|---|
| VICKERS, LEROY | 2600 STRATFORD | CINCINNATI | OH |

| U.H. ADMITS PAST TWELVE MONTHS | FROM | TO | FROM | TO | LAST OUTPT. VISIT | LAST |
|---|---|---|---|---|---|---|
| | | | | | | |

| ACCIDENT DATE | TIME | TYPE | PLACE |
|---|---|---|---|
| | | | |

| PATIENT EMPLOYER NAME | TELEPHONE | STREET | CITY | STATE |
|---|---|---|---|---|
| THE CINCINNATI POST | 5133522741 | 125 E COURT ST | CINCINNATI | |

| GUARANTOR NAME/HOME TELEPHONE | SOCIAL SECURITY NO. | GUARANTOR EMPLOYER/TELEPHONE |
|---|---|---|
| CARTER, CARMEN  5137515076 | [redacted] | THE CINCINNATI POST |

PRIMARY:
| CO. NO. | PLAN NO. | THIRD PARTY NAME/TELEPHONE | POLICY/CASE NUMBER | PLAN NAME | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 31 | 099 | AETNA  800/8434112 | | I/P AETNA MISC | |
| SUBSCRIBER/CASE NAME: CARTER, CARMEN | | | [redacted] | | 10018 |

PLAN NOTES

SECONDARY:
| CO. NO. | PLAN NO. | THIRD PARTY NAME/TELEPHONE | POLICY/CASE NUMBER | PLAN NAME | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 01 | 001 | SELF PAY  000/0000000 | | I/P O/P SELF | |
| SUBSCRIBER/CASE NAME: CARTER, CARMEN | | | | | |

PLAN NOTES

TERTIARY:
| CO. NO. | PLAN NO. | THIRD PARTY NAME/TELEPHONE | POLICY/CASE NUMBER | PLAN NAME | EFFECTIVE DATE |
|---|---|---|---|---|---|
| | | / | | | |
| SUBSCRIBER/CASE NAME | | | | | |

PLAN NOTES

SPECIAL INDICATORS
FACULTY PHYSICIAN PATIE

MEDICAL RECORD COPY

UH-97
REV. 10/91

Exh 3



**UNIVERSITY OF CINCINNATI HOSPITAL**
**CONSULTATION FORM**

*CNSFRM*




CONSULTATION REQUEST TO: **Psychiatry** (SERVICE)
J. Cotton UC IV / Dr. L Arnold (PHYSICIAN)

CONSULTATION FROM: **Neurology** (SERVICE)
Syal / Privitera (PHYSICIAN)

08/23/953 UHF
JUPITER, CARMEN
2450 GRANDVIEW AVENU
CINCINNATI OH 45206

UMC-13, Rev. 2/95

REASON FOR CONSULT: Evaluate for depression.

4 of (4)

DATE/TIME CONSULT INITIATED/CALLED: 8/6/96    DATE/TIME CONSULTANT ANSWERED:

**IMPRESSION:** 42 y.o. B ♀ currently in hospital for evaluation to r/o psychogenic seizures.

① MAJOR DEPRESSIVE DISORDER
  Pt appears to be socially isolated, not close to family, + verba many areas of unhappiness (job, career, Cincinnati, weight)

② Cannot r/o CONVERSION DISORDER ē SEIZURES
  DIFF: malingering, factitious disorder, true epileptic s_

③ Cannot r/o EATING DISORDER
  Hx of past binge eating without purging.
  Seems to be focused on body fat & image.

④ Cannot r/o Axis II PERSONALITY DISORDER - more information needed.

**RECOMMENDATIONS:**

① Outpatient referral for re-evaluation + appropriate treatment

② Start Zoloft 50 mg PO qAM

Pt evaluated. As noted above pt has major depression and multiple psychosocial stressors. Psychogenic seizures are most likely conversion symptoms. Discussed at length the need for outpt treatment including antidepressant medication and psychotherapy. Pt was referred to U. Psych Service 475-8710. Pt agreeable to above recommendations. Reviewed side-eff of Zoloft.

_J. Cotton UCIV 971-2001_    _Lesley M Arnold MD_
RESIDENT PHYSICIAN CONSULTANT    ATTENDING PHYSICIAN CONSULT

WHITE—MEDICAL RECORD    YELLOW—CONSULTANT

### JAMA PATIENT PAGE

The Journal of the American Medical Association

MENTAL ILLNESS

# Depression



A person who feels sad all the time, has unexplained crying spells, or loses interest in usual activities may have major depression, a serious medical illness that should be distinguished from normal temporary feelings of sadness after a loss, such as the death of a relative or friend. Major depression affects 14 million persons in the United States each year. The June 18, 2003, issue of JAMA is a theme issue devoted to articles about depression.

### SYMPTOMS OF MAJOR DEPRESSION

Having at least 5 of these symptoms occurring nearly every day for at least 2 weeks:

- Feeling sad or empty
- Decreased interest or pleasure in activities
- Appetite change with weight loss or weight gain
- Decreased or increased sleeping
- Fatigue or loss of energy
- Feeling worthless or guilty
- Being either agitated or slowed down
- Difficulty thinking or concentrating
- Recurrent thoughts of death or suicide

### OTHER TYPES OF DEPRESSION

- **Bipolar disorder** (previously called manic-depressive disorder)—occurrence of episodes of major depression and episodes of abnormally elevated mood called mania (severe) or hypomania (less severe)
- **Dysthymia**—mild depression symptoms lasting for at least 2 years
- **Postpartum depression**—depression occurring after the birth of a baby
- **Seasonal affective disorder**—major depression occurring regularly in seasons with low sunlight

### TREATMENTS FOR DEPRESSION

- **Medications**
  Several types of antidepressant medications have been shown to be effective for depression, but they must be taken for several weeks before they begin to work.
- **Psychotherapy**
  Several kinds of "talking therapies" have also been shown to be effective for depression. They involve evaluating and changing the thoughts, attitudes, and relationship problems that are associated with depression.
- **Bright light**
  Daily exposure to bright light can be helpful for seasonal depression.
- **Electroconvulsive therapy**
  A series of treatments involving passage of electric current through the brain while the patient is asleep from an anesthetic medication can often relieve even severe depression. These treatments are usually given about 3 times per week for several weeks.

Anyone who is experiencing symptoms of depression should be evaluated by a doctor. Although individuals with depression often feel that nothing can help them, effective treatments are available. Evaluation and treatment are particularly important to prevent suicide. Suicide usually stems from depression.

### FOR MORE INFORMATION

- American Psychiatric Association
  888/357-7924
  www.psych.org
- National Mental Health Association
  800/969-6642
  www.depression-screening.org
- Depression and Bipolar Support Alliance
  800/826-3632
  www.dbsalliance.org
- National Institute of Mental Health
  www.nimh.nih.gov

### INFORM YOURSELF

To find this and previous JAMA Patient Pages, go to the Patient Page link on JAMA's Web site at www.jama.com. Many are available in English and Spanish. A Patient Page on postpartum depression was published in the February 13, 2002, issue; one on electroconvulsive therapy was published in the March 14, 2001, issue; one on adolescent suicide was published in the December 26, 2001, issue; and one on psychiatric illness in older adults was published in the June 7, 2000, issue.

*Sources: American Psychiatric Association, National Institute of Mental Health, Depression and Bipolar Support Alliance, National Mental Health Association*

Janet M. Torpy, MD, Writer
Cassio Lynm, MA, Illustrator
Richard M. Glass, MD, Editor

The JAMA Patient Page is a public service of JAMA. The information and recommendations appearing on this page are appropriate in most instances, but they are not a substitute for medical diagnosis. For specific information concerning your personal medical condition, JAMA suggests that you consult your physician. This page may be reproduced noncommercially by physicians and other health care professionals to share with patients. Any other reproduction is subject to AMA approval. To purchase bulk reprints, call 718/946-7424.



Exh 4