UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3270

Filed: July 1, 2005

CARMEN CARTER

      Plaintiff - Appellant

v.

THE E.W. SCRIPPS COMPANY

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 6/9/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ...........$
Printing .............$

    Total ........$

Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: July 1, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3270
    Carter vs. E W Scripps Co
    District Court No. 00-00977

Enclosed is a copy of the mandate filed in this case.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
   Honorable Herman J. Weber
   Carmen Carter
   David G. Holcombe